# United States District Court
# For The Western District of North Carolina
# Asheville Division

Tony Lee Shivers,

    Plaintiff(s),

vs.

Lewis O. Smith,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:10cv183

DECISION BY COURT.  This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/17/10 Order.

Signed: September 17, 2010

Frank G. Johns, Clerk
United States District Court